Confidential Settlement Communication

DOCUMENT
MANAGEMENT

MAR 21 22

TES

4117663
2 of 225

# MORGAN & MORGAN

**Time Limit Demand/Y**

March 14, 2022

**PLEASE BE ADVISED THAT THIS LETTER CONTAINS A TIME SENSITIVE SETTLEMENT OFFER. ALL SECTIONS OF THIS PACKAGE ARE SUBMITTED FOR THE PURPOSE OF SETTLEMENT ONLY. PLEASE GIVE THIS LETTER YOUR IMMEDIATE ATTENTION.**

**CERTIFIED MAIL-RETURN RECEIPT**

12241237

Erin Verdi
Hanover Insurance Group
P.O. Box 15145
Worcester, MA 01615

RE:      Our Client:    Jimmy Carter
         Your Insured:  Jack Smith
         Date of Loss:  11/30/2021
         Claim #:       85-00043382

Dear Ms. Verdi:

As you are aware, our firm has been retained to represent Jimmy Carter in his negligence claim against your insured. After careful consideration, it is our belief that this claim has reached a point where settlement can and should be considered, thereby avoiding the undue costs associated with litigation. This claim can and should resolve at this time.

**DATE OF CRASH:**

11/30/2021

**AGE/SEX:**

59 years old / Male

**CAUSE OF INJURY:**

---

Confidential Settlement Communication

Erin Verdi
March 14, 2022
Page 2 of 9

4117663
3 of 225

Jimmy Carter was traveling on 1st St N in the middle lane. There was a car in front and car to the right of him. The car on right (Jack Smith) came into the middle lane. Jimmy Carter merged into the left lane giving Jack Smith the center lane. Jack Smith proceeded into left lane pushing Jimmy Carter into a concrete barrier wall and then striking a utility pole. Jack Smith was cited for improper left turn.

**LIABILITY:** CLEAR.

It is our position that liability is clear and that the only issue to be negotiated in this case is the value of the bodily injury claim.

**NATURE OF INJURY:**

Jimmy Carter was transported by ambulance to Bayfront Medical Center with complaints of neck pain and right arm numbness. He was treated and release with **diagnosis of paresthesia of skin, cervical radiculopathy, right arm pain, hypertensive urgency, other symptoms and signs involving the musculoskeletal system, essential hypertension and atherosclerotic heart disease**.

Adam Didio, MD performed a complete exam and review of cervical MRI his opinion that Jimmy Carter had a emergency medical condition with acute serious symptoms. He diagnosed **cervical disc displacement at C5-C6 and C4-C5 levels, paresthesia of skin and lumbar sprain**.

On December 18, 2021, Anthony Kouri MD performed **anterior cervical diskectomy with fusion at C4-5 and C5-6 with instrumentation.** Jimmy Carter continues to have good and bad days.

**ECONOMIC DAMAGES:**

| Provider | Amount |
|---|---|
| Joseph Spine, PA | $49,183.00 |
| Sunstar EMS | $ 756.88 |
| Medical Center Radiology Group | $ 341.00 |
| Bayfront Medical Center | $13,914.00 |
| Orthofix, Inc | $ 4,995.00 |
| St. Anthony's Hospital | $83,422.11 |
| Central Imaging Open MRI | $ 1,952.00 |
| Florida Physical Medicine | $ 950.00 |



Confidential Settlement Communication

Erin Verdi
March 14, 2022
Page 3 of 9

**Total: $155,513.99**

## LIFE EXPECTANCY:    22.34

## FUTURE MEDICAL TREATMENT:

Given the nature of his injuries and the amount of pain that he continues to suffer, it is medically certain that Jimmy Carter will require additional medical treatment in the future to mitigate his injuries. Anthony Kouri MD opined within a **reasonable degree of medical probability and/or certainty** that Jimmy Carter's injuries are directly related to the crash of 11/30/2021. Anthony Kouri MD opined within **reasonable degree of medical probability and/or certainty** that Jimmy Carter will require future medical treatment to mitigate the injuries that Jimmy Carter sustained in this crash.

## NON-ECONOMIC DAMAGES:

Jimmy Carter's life was abruptly interrupted by the negligence of your insured when he had to seek medical treatment to mitigate his injuries he sustained in this crash. Jimmy Carter has had to undergo physical therapy and ACDF with instrumentation at C4-5 and C5-6. Jimmy Carter has consistently suffered and experienced pain caused by the injuries he sustained in the crash. Anthony Kouri MD opined within a **reasonable degree of medical probability and/or certainty** that Jimmy Carter sustained permanent injuries as a direct result of this crash. Therefore, Jimmy Carter is pursuing both economic and non-economic damages.

In the event this claim does not resolve in accordance with the terms and conditions of this demand, Plaintiff will present a customary per diem argument to the jury for non-economic damages.

A fair and reasonable amount to compensate Jimmy Carter for his pain, suffering, mental anguish, and inconvenience since 11/30/2021 is $10 per hour for *every waking hour* he has spent suffering with pain caused by the injuries he sustained in this crash. (Generally 16 waking hours per day).

## PAST PAIN & SUFFERING:
Days since the crash x $10 per hour x 16 waking hours per day = $16,640



Confidential Settlement Communication

Erin Verdi
March 14, 2022
Page 4 of 9

Jimmy Carter continues to suffer and will continue to suffer from the injuries he sustained in this crash for the rest of his life. Our client will live for 22.34 years into the future. A fair and reasonable amount to compensate Jimmy Carter for his future pain and suffering is $10 per waking hours for the remainder of his life.

**FUTURE PAIN & SUFFERING:**
Life Expectancy x 365 days x $10 per hour x 16 hour waking hours per day = $1,304,656

**<u>OFFER TO SETTLE:</u>        $510,000.00 POLICY LIMITS**

It is my understanding that your insured carried $510,000.00 in underlying liability limits. This has been confirmed by your company's coverage disclosure. On the basis of the foregoing damages, it is our opinion that a reasonable settlement value for Jimmy Carter claim for bodily injuries, impairments, economic damages, and non-economic damages is well in excess of the disclosed policy limits.

This claim could and should be settled for $510,000.00. **This offer of settlement will remain open until Friday, April 15, 2022.** By tendering the available policy limits at this time, we can spare all parties additional legal fees, costs, and delay. Please advise your insured of this pending time sensitive settlement offer.

**Please be advised that this settlement offer is conditioned upon:**

> ➤ **Settlement draft made payable to the Morgan & Morgan, P.A. Trust Account f/b/o Jimmy Carter, Tax ID 59-3648479, sent to my direct attention and received in our office, located at 111 2nd Avenue NE, Suite 1600, St Petersburg, FL 33701, and in my possession, no later than Friday, April 15, 2022 by 5pm Eastern Standard time.**

**While not a condition to settle this claim, we are requesting the following in order to formally release your insured by release or otherwise:**

> ➤ **An affidavit of no other liability coverage executed by your negligent insured.**
> ➤ **An affidavit stating your negligent insured was not in the course & scope of their employment/agency must be executed and in my possession.**
> ➤ **An assets affidavit executed by your negligent insured and in my possession.**

**In the event requires a release as a condition of settlement, then please be advised that my client will sign a mutual and general release should all other conditions be timely met.**



Confidential Settlement Communication

Erin Verdi
March 14, 2022
Page 5 of 9

Enclosed please find all medical records and medical bills in our possession, which document the claim of Jimmy Carter to assist you in your evaluation. Please review the enclosed information and contact my Case Manager, Kathy Porter at (727) 318-6363 or kporter@forthepeople.com to discuss settlement prior to our initiation of litigation. My direct contact is (727) 318-6357 should you have any questions or require any other information to fairly evaluate this claim. We look forward to hearing from you soon in this regard.

Very truly yours,

/s/ Adam Brum

Adam Brum, Esquire
*Signed electronically to avoid delay

AB/kp
Enclosures



# St. Anthony's Hospital, Inc.

**P.O. Box 31696**
**Tampa, FL 33631**

| | |
|---|---|
| **Pt Name: JIMMY W CARTER** | |
| **Statement Number:** | **301850053** |
| **Account Number:** | **16903613-1** |
| **Bill Date:** | **04/14/2022** |

Attending Physician:     Anthony Kouri
Provider:                       St Anthonys Hosp
Provider Tax ID #:          592043026

# CONFIDENTIAL

## 12/10/2021 — 12/10/2021

| Date | Rev Cd | Svc Cd | Description | Qty | Amount ($) |
|---|---|---|---|---|---|
| **CHARGES** | | | | | |
| 12/10/2021 | 301 | 83036 | HEMOGLOBIN A1C LC | 1 | 31.00 |
| 12/10/2021 | 306 | 87640 | SA NASAL COMPLETE P2 | 1 | 175.00 |
| 12/10/2021 | 306 | 87641 | SA NASAL COMPLETE P1 | 1 | 231.00 |
| | | | **Total Room/Bed Charges** | **$ 0.00** | |
| | | | **Total Other Charges** | **$ 437.00** | |
| | | | **Total Charges** | | **$ 437.00** |
| **PAYMENTS/ADJUSTMENTS** | | | | | |
| 01/26/2022 | | | Blue Cross Insurance Payment | | -180.19 |
| 01/11/2022 | | | Blue Cross Ins Contractual Adj | | -196.78 |
| 01/26/2022 | | | Blue Cross Ins Small Balance WO | | 0.02 |
| | | | **Total Insurance Payments** | **$ -180.19** | |
| | | | **Total Insurance Adjustments** | **$ -196.76** | |
| | | | **Total Insurance Payments / Adjustments** | | **$ -376.95** |
| | | | **Total Guarantor Payments** | **$ 0.00** | |
| | | | **Total Guarantor Adjustments** | **$ 0.00** | |
| | | | **Total Guarantor Payments / Adjustments** | | **$ 0.00** |

A NOT-FOR-PROFIT HOSPITAL LICENSED BY THE STATE OF FLORIDA. IF APPLICABLE, YOU MAY CONTACT YOUR INSURANCE COMPANY FOR ADDITIONAL INFORMATION CONCERNING COST-SHARING RESPONSIBILITIES. THIS BILL DOES NOT INCLUDE ANY FEES FOR PHYSICIAN SERVICES (RADIOLOGIST, PATHOLOGIST, ANESTHESIOLOGIST, SURGEON, ETC.), WHICH MAY BE BILLED SEPARATELY. FOR INQUIRIES CALL CUSTOMER SERVICE 727-851-9627

**St. Anthony's Hospital, Inc.**
**P.O. Box 31696**
**Tampa FL 33631**

**Financial Coverages**

| Priority | Plan Name | Policy # | Subscriber |
|---|---|---|---|
| 1 | BC PPC | TEA80660215 5 | JIMMY W CARTER |

**ADDRESS SERVICE REQUESTED**

**JIMMY W. CARTER**

Guarantor: JIMMY W. CARTER

# St. Anthony's Hospital, Inc.

**P.O. Box 31696**
**Tampa, FL  33631**

**Pt Name:  JIMMY W CARTER**
**Statement Number:      301850053**
**Account Number:        16903613-1**
**Bill Date:             04/14/2022**

Attending Physician:     Anthony Kouri
Provider:                St Anthonys Hosp
Provider Tax ID #:       592043026

# CONFIDENTIAL

**12/10/2021 — 12/10/2021**

(Continued)

| | |
|---|---|
| **TOTAL BALANCE DUE** | **$ 60.05** |

# St. Anthony's Hospital, Inc.

**P.O. Box 31696**
**Tampa, FL 33631**

| | |
|---|---|
| **Pt Name:** | **JIMMY W CARTER** |
| **Statement Number:** | **301850020** |
| **Account Number:** | **16934090-1** |
| **Bill Date:** | **04/14/2022** |

Attending Physician:     Anthony Kouri
Provider:                       St Anthonys Hosp
Provider Tax ID #:         592043026

# CONFIDENTIAL

## 12/13/2021 — 12/13/2021

| Date | Rev Cd | Svc Cd | Description | Qty | Amount ($) |
|---|---|---|---|---|---|
| **CHARGES** | | | | | |
| 12/13/2021 | 306 | U0005 | ESOTERIC HIGH THROUGHPUT | 1 | 42.00 |
| 12/13/2021 | 306 | U0003 | COVID 19 PCR | 1 | 143.00 |
| | | | **Total Room/Bed Charges** | **$ 0.00** | |
| | | | **Total Other Charges** | **$ 185.00** | |
| | | | **Total Charges** | | **$ 185.00** |
| **PAYMENTS/ADJUSTMENTS** | | | | | |
| 01/06/2022 | | | Blue Cross Insurance Payment | | -101.70 |
| 12/16/2021 | | | Blue Cross Ins Contractual Adj | | -83.30 |
| | | | **Total Insurance Payments** | **$ -101.70** | |
| | | | **Total Insurance Adjustments** | **$ -83.30** | |
| | | | **Total Insurance Payments / Adjustments** | | **$ -185.00** |
| | | | **Total Guarantor Payments** | **$ 0.00** | |
| | | | **Total Guarantor Adjustments** | **$ 0.00** | |
| | | | **Total Guarantor Payments / Adjustments** | | **$ 0.00** |
| | | | **TOTAL BALANCE DUE** | | **$ 0.00** |

A NOT-FOR-PROFIT HOSPITAL LICENSED BY THE STATE OF FLORIDA. IF APPLICABLE, YOU MAY CONTACT YOUR INSURANCE COMPANY FOR ADDITIONAL INFORMATION CONCERNING COST-SHARING RESPONSIBILITIES. THIS BILL DOES NOT INCLUDE ANY FEES FOR PHYSICIAN SERVICES (RADIOLOGIST, PATHOLOGIST, ANESTHESIOLOGIST, SURGEON, ETC.), WHICH MAY BE BILLED SEPARATELY. FOR INQUIRIES CALL CUSTOMER SERVICE 727-851-9627

**St. Anthony's Hospital, Inc.**
**P.O. Box 31696**
**Tampa FL 33631**

**ADDRESS SERVICE REQUESTED**

**JIMMY W. CARTER**

**Financial Coverages**

| Priority | Plan Name | Policy # | Subscriber |
|---|---|---|---|
| 1 | BC PPC | TEA80660215 5 | JIMMY W CARTER |

Guarantor: JIMMY W. CARTER

## St. Anthony's Hospital, Inc.

**P.O. Box 31696**
**Tampa, FL  33631**

Pt Name:  JIMMY W CARTER
Statement Number:     301850020
Account Number:       16934090-1
Bill Date:            04/14/2022

Attending Physician:    Anthony Kouri
Provider:               St Anthonys Hosp
Provider Tax ID #:      592043026

# CONFIDENTIAL

**12/13/2021 — 12/13/2021**

(Continued)

Page 2 of 2

# St. Anthony's Hospital, Inc.

**P.O. Box 31696**
**Tampa, FL 33631**

| | |
|---|---|
| **Pt Name: JIMMY W CARTER** | |
| **Statement Number:** | **301850004** |
| **Account Number:** | **16989062-1** |
| **Bill Date:** | **04/14/2022** |

Attending Physician:     Anthony Kouri
Provider:               St Anthonys Hosp
Provider Tax ID #:       592043026

# CONFIDENTIAL

## 12/17/2021 — 12/17/2021

| Date | Rev Cd | Svc Cd | Description | Qty | Amount ($) |
|---|---|---|---|---|---|
| **CHARGES** | | | | | |
| 12/17/2021 | 272 | | SURG STERILE SUPL 151-200 | 1 | 878.00 |
| 12/17/2021 | 272 | | SURG STERILE SUPL 201-250 | 2 | 2,256.00 |
| 12/17/2021 | 636 | J2001 | LIDOCAINE HCL 10 MG INJ A | 10 | 40.15 |
| 12/17/2021 | 250 | | WATER, STERILE 20ML INJ | 1 | 12.52 |
| 12/17/2021 | 710 | | RR PACU PHASE II 1ST 30 MIN | 1 | 594.00 |
| 12/17/2021 | 710 | | RR PACU PHASE I ADD'L 15MIN | 2 | 796.00 |
| 12/17/2021 | 272 | | SURG STERILE SUPL 401-450 | 1 | 2,128.00 |
| 12/17/2021 | 710 | | RR PACU PHASE II ADD'L 15 MIN | 4 | 1,188.00 |
| 12/17/2021 | 636 | J2405 | ONDANSETRON HCL 1 MG INJ C | 4 | 8.60 |
| 12/17/2021 | 250 | | PRECEDEX 400MCG/100ML PREMIX | 1 | 485.00 |
| 12/17/2021 | 636 | J2250 | MIDAZOLAM HCL 1 MG INJ N | 2 | 11.90 |
| 12/17/2021 | 636 | J0330 | SUCCINYLCHOLN CHLOR 20MG INJ B | 1 | 12.80 |
| 12/17/2021 | 636 | J1885 | KETOROLAC TROMETH 15 MG INJ A | 1 | 11.90 |
| 12/17/2021 | 636 | J0690 | CEFAZOLIN SODIUM 500 MG INJ D | 4 | 41.12 |
| 12/17/2021 | 636 | J3010 | FENTANYL CITRATE 100 MCG INJ O | 3 | 28.40 |
| 12/17/2021 | 636 | J1100 | DEXAMETHASN SOD PHOS 1MG INJ E | 12 | 19.86 |
| 12/17/2021 | 710 | | RR PACU PHASE I 1ST 30MIN | 1 | 796.00 |
| 12/17/2021 | 301 | 82948 | CBG/BILL ONLY | 1 | 21.00 |

A NOT-FOR-PROFIT HOSPITAL LICENSED BY THE STATE OF FLORIDA. IF APPLICABLE, YOU MAY CONTACT YOUR INSURANCE COMPANY FOR ADDITIONAL INFORMATION CONCERNING COST-SHARING RESPONSIBILITIES. THIS BILL DOES NOT INCLUDE ANY FEES FOR PHYSICIAN SERVICES (RADIOLOGIST, PATHOLOGIST, ANESTHESIOLOGIST, SURGEON, ETC.), WHICH MAY BE BILLED SEPARATELY. FOR INQUIRIES CALL CUSTOMER SERVICE 727-851-9627

**St. Anthony's Hospital, Inc.**
**P.O. Box 31696**
**Tampa FL 33631**

**ADDRESS SERVICE REQUESTED**

**JIMMY W. CARTER**

### Financial Coverages

| Priority | Plan Name | Policy # | Subscriber |
|---|---|---|---|
| 1 | Auto Allstate | 000988649204 | JIMMY W CARTER |
| 2 | BC PPC | TEA80660215 | JIMMY W CARTER |
| | | 5 | |

Guarantor: JIMMY W. CARTER

## St. Anthony's Hospital, Inc.

**P.O. Box 31696**
**Tampa, FL 33631**

| | |
|---|---|
| **Pt Name: JIMMY W CARTER** | |
| **Statement Number:** | **301850004** |
| **Account Number:** | **16989062-1** |
| **Bill Date:** | **04/14/2022** |

Attending Physician:  Anthony Kouri
Provider:  St Anthonys Hosp
Provider Tax ID #:  592043026

# CONFIDENTIAL

## 12/17/2021 — 12/17/2021

(Continued)

| | | | | | |
|---|---|---|---|---|---|
| 12/17/2021 | 278 | C1713 | C1713 ANCHOR/SCREW 501-600 | 1 | 2,500.00 |
| 12/17/2021 | 278 | C1713 | IMPL-SPINE 101-150 | 6 | 3,768.00 |
| 12/17/2021 | 278 | C1713 | IMPL-SPINE 701-800 | 1 | 3,002.00 |
| 12/17/2021 | 370 | | AN ANESTHESIA 1ST 30 MIN | 1 | 918.00 |
| 12/17/2021 | 370 | | AN ANESTHESIA ADD'L 15 MIN | 14 | 6,426.00 |
| 12/17/2021 | 278 | C1713 | C1713 ANCHOR/SCREW 1001-1200 | 1 | 4,000.00 |
| 12/17/2021 | 250 | | BUPIVACAINE 0.25% 50 ML INJ | 1 | 29.70 |
| 12/17/2021 | 250 | | PROPOFOL 10 MG INJ B | 1 | 200.50 |
| 12/17/2021 | 272 | | ORTHO SUPPLY 26-50 | 2 | 380.00 |
| 12/17/2021 | 250 | | SEVOFLURANE 1ML INH | 29 | 97.66 |
| 12/17/2021 | 250 | | PROPOFOL 10 MG INJ C | 2 | 77.00 |
| 12/17/2021 | 360 | | OR SURGERY LEVEL 5 1ST 30MIN | 1 | 7,362.00 |
| 12/17/2021 | 278 | C1713 | IMPL-SPINE 901-1000 | 2 | 7,604.00 |
| 12/17/2021 | 272 | | ORTHO SUPPLY 101-150 | 1 | 628.00 |
| 12/17/2021 | 360 | | OR SURGERY LEVEL 5 ADD 15MIN | 14 | 37,100.00 |

|  |  |  |
|---|---|---|
| **Total Room/Bed Charges** | **$ 0.00** | |
| **Total Other Charges** | **$ 83,422.11** | |
| **Total Charges** | | **$ 83,422.11** |

**PAYMENTS/ADJUSTMENTS**

| | | |
|---|---|---|
| 01/14/2022 | Auto Insurance Payment | -9,022.30 |
| 02/23/2022 | Blue Cross Insurance Payment | -37,484.09 |
| 03/02/2022 | Blue Cross Insurance Payment | 0.00 |
| 01/17/2022 | Auto ERP Insurance Contractual Adj | -20,855.53 |
| 01/31/2022 | Blue Cross ERP Insurance Contractual Adj | -36,915.83 |
| 02/25/2022 | Blue Cross Ins Contractual Adj | 20,855.64 |

| | | |
|---|---|---|
| **Total Insurance Payments** | **$ -46,506.39** | |
| **Total Insurance Adjustments** | **$ -36,915.72** | |
| **Total Insurance Payments / Adjustments** | | **$ -83,422.11** |
| **Total Guarantor Payments** | **$ 0.00** | |
| **Total Guarantor Adjustments** | **$ 0.00** | |

# St. Anthony's Hospital, Inc.

**P.O. Box 31696**
**Tampa, FL 33631**

**Pt Name: JIMMY W CARTER**
**Statement Number:** **301850004**
**Account Number:** **16989062-1**
**Bill Date:** **04/14/2022**

Attending Physician: Anthony Kouri
Provider: St Anthonys Hosp
Provider Tax ID #: 592043026

# CONFIDENTIAL

**12/17/2021 — 12/17/2021**

(Continued)

| | |
|---|---|
| **Total Guarantor Payments / Adjustments** | **$ 0.00** |
| **TOTAL BALANCE DUE** | **$ 0.00** |



**ORLANDO HEALTH** ®  3090 Caruso Ct. Ste 20
Orlando, FL
32806-8510

4117663
217 of 22

Jimmy W Carter

This is not a bill. This is an itemization of hospital services.

Patient Name:      Carter,Jimmy W                    Admission Date:  11/30/21
Hospital Account:  100009600701                    Discharge Date:  11/30/21

Current Hospital Account Balance: 13,914.00
Attending Provider: Jennifer W Fredericks, MD

**Hospital Charges**

| Svc Dt | Rev Code | CPT/Modifier | Description | Qty | Amount |
|---|---|---|---|---|---|
| 11/30/2021 | 0250 | | LABETALOL 5 MG/ML SOLUTION | 1 | $155.00 |
| 11/30/2021 | 0351 | 70450 | HB CT SCAN,HEAD/BRAIN,W/O CONTRAST MATL - CT HEAD WO CONTRAST | 1 | $3,549.00 |
| 11/30/2021 | 0352 | 72125 | HB CT SCAN,CERVICAL SPINE,W/O CONTRAST - CT CERVICAL SPINE WO CONTRAST | 1 | $3,549.00 |
| 11/30/2021 | 0450 | 96374 | HB INJECTION,THERAP/PROPH/DIAGNOST, IV PUSH, INITIAL DRUG | 1 | $550.00 |
| 11/30/2021 | 0450 | 96375 | HB INJECTION,THERAP/PROPH/DIAGNOST, IV PUSH, EA ADD, NEW DRUG | 1 | $309.00 |
| 11/30/2021 | 0450 | 99285 25 | HB EMERGENCY DEPARTMENT LEVEL 5 VISIT HIGH SEVERITY&THREAT FUNC | 1 | $5,455.00 |
| 11/30/2021 | 0636 | J0360 | HYDRALAZINE PER 20 MG | 1 | $296.00 |
| 11/30/2021 | 0637 | | CYCLOBENZAPRINE 5 MG TABLET | 2 | $22.00 |
| 11/30/2021 | 0637 | | HYDROCODONE-ACETAMINOPHEN 5-325 MG TABLET | 1 | $29.00 |
| | | | **Total Charges** | | **$13,914.00** |

Certified#: 921489027509100199880    DFID4125619    Matter-12241237

# STATEMENT

**Florida Physical Medicine LLC-SP**
2200 West Bay Drive
Largo, FL 33770

ACCOUNT NUMBER: CARJIM0001  4117663
STATEMENT DATE: 01/27/2022  218 of 22
AMOUNT DUE:  $0.00

Jimmy Carter

AMOUNT
ENCLOSED:  $

| | Please mark box and indicate any change in address on reverse side

------------------------------(PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT)------------------------------

Statement Inquiries Number: (727)518-2977

| SERVICE DATE | DESCRIPTION OF TRANSACTION | CHARGES | INSURANCE PAYMENTS | INSURANCE ADJUSTMENTS | PATIENT PAYMENTS | BALANCE |
|---|---|---|---|---|---|---|
| 12/06/21 12/06/21 | Jimmy Carter (CARJIM0001)   Adam DiDio Inv # 124387 (PIP) 99204 Office/outpatient visit; new patient, level 4 Insurance Filed - ALLSTATE INSURANCE Ins Pending - Pat Copay Due: $0.00 | $950.00 | | | | $950.00 |

| 0-30 | 31-60 | 61-90 | 91-120 | 121+ |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| STATEMENT DATE | LAST PAYMENT DATE | ACCOUNT NO. |
|---|---|---|
| 01/27/2022 | | CARJIM0001 |

| PLEASE PAY THIS AMOUNT | $0.00 |
|---|---|
| PENDING INSURANCE | $950.00 |
| ACCOUNT BALANCE | $950.00 |



Certified#: 921489027509100199880   DFID4125619   Matter 1224 1237

| Date | 1/26/2022 | CENTRAL IMAGING OPEN MRI INC | Page 1 of 1 |
| Time | 11:27:29 AM | P O BOX 946609 | |
| Program Id | PFPBPMDS | | |

ATLANTA, GA 30394
727-381-0906

4117663
14 of 225

## Patient Statement

| PATIENT NAME | Account# | F/C | INSURANCE |
| CARTER, JIMMY | 152855 | 1 | 1. BCBS OF FLORIDA |
| | | | 2. |
| RESPONSIBLE PARTY | | | 3. |
| CARTER, JIMMY | | | |

| DATE | CODE | DESCRIPTION | VISIT# | QUANTITY | AMOUNT | |
|------|------|-------------|--------|----------|--------|---|
| 1/10/2022 | 72040 | CERV. AP/LAT X-RAY | 137816 | 1 | 181.40 | |
| 1/11/2022 | 888 | INS FILED-BCBS OF FL | | | .00 | * |
| 1/11/2022 | 64 | TRANSFER CREDIT | | | .01- | |
| 1/11/2022 | 3 | CREDIT CARD | | | 29.34- | |
| 12/10/2021 | 71046 | CHEST, 2 VIEWS | 137201 | 1 | 189.20 | |
| 12/13/2021 | 888 | INS FILED-BCBS OF FL | | | .00 | * |
| 12/13/2021 | 3 | CREDIT CARD | | | 5.88- | |
| 1/05/2022 | 40 | BCBS PAYMENT | | | 17.64- | |
| 1/05/2022 | 23 | BLUE CROSS WRITE OFF | | | 165.68- | |
| 1/05/2022 | 6 | COPAY/COINSURANCE | | | 5.88 | * |
| 12/01/2021 | 72141 | CERVICAL W/O | 136941 | 1 | 1,400.00 | |
| 12/01/2021 | 72040 | CERV. AP/LAT X-RAY | 136941 | 1 | 181.40 | |
| 12/02/2021 | 888 | INS FILED-BCBS OF FL | | | .00 | * |
| 12/02/2021 | 3 | CREDIT CARD | | | 153.39- | |
| 1/03/2022 | 40 | BCBS PAYMENT | | | 22.02- | |
| 1/03/2022 | 23 | BLUE CROSS WRITE OFF | | | 152.05- | |
| 1/03/2022 | 6 | COPAY/COINSURANCE | | | 7.33 | * |
| 1/03/2022 | 40 | BCBS PAYMENT | | | 284.20- | |
| 1/03/2022 | 23 | BLUE CROSS WRITE OFF | | | 969.75- | |
| 1/03/2022 | 5 | DEDUCTIBLE APPLIED | | | 51.32 | * |
| 1/03/2022 | 6 | COPAY/COINSURANCE | | | 94.73 | * |
| 1/03/2022 | 12 | MISCELLANEOUS ADJ | | | 7.33 | |
| 1/03/2022 | 12 | MISCELLANEOUS ADJ | | | 7.33- | |
| 1/11/2022 | 64 | TRANSFER CREDIT | | | .01 | |

Certified#: 921489027509100199B

| | |
|---|---|
| TOTAL CHARGES: | 1,952.00 |
| TOTAL PAYMENTS: | 512.47- |
| TOTAL ADJUSTMENTS: | 1,287.48- |
| TOTAL DUE: | 152.05 |

**Time**          10:28:28 AM
**Program Id** PFPHRP43

CENTRAL IMAGING OPEN MRI INC
P O BOX 946609

ATLANTA, GA 30394
727-381-0906

Page 1

4117663
27 of 22

## Visit Demand Status

| PATIENT NAME | Account#-Visit# | From | Thru | FC | Original Balance |
|---|---|---|---|---|---|
| CARTER, JIMMY | 152855-136941 | 12/01/2021 | 12/01/2021 | 1 | 1,581.40 |

**RESPONSIBLE PARTY**
CARTER, JIMMY

**Social Security #**
▮-6260

**Last Payment Information**

| | |
|---|---|
| Number of | 3 |
| Last Date | 1/03/2022 |
| Last Amount | 284.20 |

**Birth Date**
▮1962

**DOCTOR**
CENTRAL IMAGING OPEN MRI

**EMPLOYER**

**DIAGNOSIS**
1. M54.12       RADICULOPATHY, CERVICAL REGION
2.
3.
4.

## I N S U R A N C E   I N F O R M A T I O N

| Plan Name | Group Number | Group Name | Policy Number |
|---|---|---|---|
| BCBS OF FLORIDA | P13168 | | TEA806602155 |

| Date | Code | Description | Diagnosis Pointers | Qty | Amount |
|---|---|---|---|---|---|
| 12/01/2021 | 72141 | CERVICAL W/O | A | 1 | 1,400.00 |
| 12/01/2021 | 72040 | CERV. AP/LAT X-RAY | A | 1 | 181.40 |
| 12/02/2021 | 888 | INS FILED-BCBS OF FL | | | .00 * |
| 12/02/2021 | 3 | CREDIT CARD | | | 153.39- |
| 1/03/2022 | 40 | BCBS PAYMENT | | | 22.02- |
| 1/03/2022 | 23 | BLUE CROSS WRITE OFF | | | 152.05- |
| 1/03/2022 | 6 | COPAY/COINSURANCE | | | 7.33 * |
| 1/03/2022 | 40 | BCBS PAYMENT | | | 284.20- |
| 1/03/2022 | 23 | BLUE CROSS WRITE OFF | | | 969.75- |
| 1/03/2022 | 5 | DEDUCTIBLE APPLIED | | | 51.32 * |
| 1/03/2022 | 6 | COPAY/COINSURANCE | | | 94.73 * |
| 1/03/2022 | 12 | MISCELLANEOUS ADJ | | | 7.33 |
| 1/03/2022 | 12 | MISCELLANEOUS ADJ | | | 7.33- |

| | |
|---|---|
| TOTAL CHARGES: | 1,581.40 |
| TOTAL PAYMENTS: | 459.61- |
| TOTAL ADJUSTMENTS: | 1,121.80- |
| TOTAL DUE: | .01- |

Certified#:92148502750910019

## C O M M E N T S

| Date | Description |
|---|---|

# RECEIVED AS IS



Certified# 9214890275091001998680  DFID4125619  Matter-1224123 7

**MCRG**
MEDICAL CENTER RADIOLOGY GROUP
SPECIALISTS IN DIAGNOSTIC IMAGING AND RADIOLOGICAL INTERVENTION

**About Your Account**

| | |
|---|---|
| Statement Date: | 22 |
| Visit Number: | 100 01 |
| Account Number: | -15 |
| Patient Name: | JIMMY CARTER |
| Service Date: | 11/30/2021 |
| Primary Insurance: | BLUE SHIELD OF FLORIDA |
| Service Location: | BAYFRONT HEALTH |
| **AMOUNT DUE** | **$49.76** |

Dear JIMMY CARTER

Thank you for choosing Medical Center Radiology Group for your healthcare needs. The balance shown on this statement is your responsibility and payment is expected at this time. The balance must be paid in full or set up on an approved payment plan. Please contact us today at 877-403-5006 to discuss options.



**Contact Us**

 Pay Online anytime at:
**https://mcrg.acryness.com/**

To Pay by phone call:
877-403-5006

8am-6pm EST MON - FRI

Mail your check payment with the coupon below.

| Date | Description | Amount |
|---|---|---|
| 11/30/2021 | COMPUTED TOMOGRAPHY HEAD OR BRAIN; WITHOUT CONTRA | $144.00 |
| 11/30/2021 | COMPUTED TOMOGRAPHY CERVICAL SPINE; WITHOUT CONTR | $197.00 |
| 01/14/2022 | Adjustments | -$141.96 |
| 01/14/2022 | Payments | -$149.28 |

Interest Free Payment Plans available at www.HonorCareHealth.com
(Use Provider ID: MCRG)

Total: $49.76

---

**Pay online anytime at: https://mcrg.acryness.com/**          **Your Payment Coupon**


**MCRG**
UNDELIVERABLE MAIL RETURN ONLY
c/o ACY RETURN MAIL PROCESSING
PO BOX 29
MOORESVILLE NC 28115-0029

Check card you wish to use for payment

| | VISA | | | | DISCOVER | |

Card Number _____  Exp Date _____  Sec Code _____

Name on Card _____  Zip Code _____

| Statement Date | Account Number | Due Date |
|---|---|---|
| 01/26/2022 | 1449215 | Upon Receipt |

**Amount Due** **$49.76**   Show Amount Paid Here  $



JIMMY CARTER     12 18



**MEDICAL CENTER RADIOLOGY GROUP
PO BOX 919556
ORLANDO FL 32891-9556**

# Joseph Spine PA

710 94th Avenue N Ste 309 St Petersburg FL 337022452
Tel: (813) 534-6269 Fax: (813) 870-0008

4117663
136 of 225

ACCOUNT INQUIRY

01/12/2022 2:40 PM (EST)

**Account# 174860**

Guarantor Information:

Jimmy W Carter



Home Tel#:
Work Tel#:

Patient Information:
Patient# 174860

Jimmy W Carter

Home Tel#:
Work Tel#:

| Payor | Current | 31-60 Days | 61-90 Days | Over 90 | Balance |
|-------|---------|------------|------------|---------|---------|
| Self | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Insur | $47,857.00 | $1,326.00 | $0.00 | $0.00 | $49,183.00 |
| Collect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | Unassigned: | $0.00 |
| | | | | Total Balance: | $49,183.00 |

| Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Coverage Type | Billed Date | Age | Patient |
|--------------|----------|----------|---------|-----------|---------|-------|---------------|-------------|-----|---------|
| 12/07/2021 | 1375110 | KOUANT | $1,326.00 | $0.00 | $1,326.00 | ALLST | Motor Vehicle | 12/09/2021 | 36 | Jimmy W Carter |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|----------|------------|--------------|------------|--------|----------------|--------------|-------------------|------------|-------------|-------------|-------------|-----------|
| SPETE | MEDICAL | SPETE | DIDADA | 12/09/21kat18 | Updated | 12/09/2021 | Jimmy W Carter | $0.00 | $0.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|--------|------------|--------------|----------------|---------------|------------|----------------|------------|
| 1375110 | Paper | KOUANT | | 1375110 | ALLST | 12/09/2021 | Paper |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|------------------|-----------|------|-------------|-------|-------------|-----|-------|---------|-----------|---------|
| 12/07/2021 | 99204 | | Office Outpatient New | M50.10 | Cervical disc disorder with radiculopathy, unspecified cervi | MEDICAL | 1.00 | $1,326.00 | $0.00 | $1,326.00 |

| Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Coverage Type | Billed Date | Age | Patient |
|--------------|----------|----------|---------|-----------|---------|-------|---------------|-------------|-----|---------|
| 12/14/2021 | 1377880 | KOUANT | $1,926.00 | $30.00 | $1,896.00 | ALLST | Motor Vehicle | 12/16/2021 | 29 | Jimmy W Carter |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|----------|------------|--------------|------------|--------|----------------|--------------|-------------------|------------|-------------|-------------|-------------|-----------|
| SPETE | MEDICAL | SPETE | | 12/16/21kat18 | Updated | 12/16/2021 | Jimmy W Carter | $0.00 | $0.00 | | | |

Certified#: 9214890275091001998680    DFID4125619    Matter-12241237

4117663
137 of 225

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 1377880 | Paper | KOUANT | | 1377880 | ALLST | 12/16/2021 | Paper |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/14/2021 | 99213 | | Office Outpatient Visit | M50.10 | Cervical disc disorder with radiculopathy, unspecified cervi | MEDICAL | 1.00 | $585.00 | $30.00 | $555.00 |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/14/2021 | L0180 | | Cervical Post Collar Occipital Supports | M50.10 | Cervical disc disorder with radiculopathy, unspecified cervi | OTHER | 1.00 | $1,341.00 | $0.00 | $1,341.00 |

| Payment Date | Reference | Coverage Type | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/28/2021 | 64814286 | | Self-Pay | Co-pay credit card | $30.00 | | | 12/28/21AFG17 | Updated | 12/28/2021 | | | |

| Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Coverage Type | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/14/2021 | 1399360 | KOUANT | $25.00 | $25.00 | $0.00 | Self-Pay | | | 0 | Jimmy W Carter |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPETE | MEDICAL | SPETE | | 12/30/21AFG15 | Updated | 12/30/2021 | Jimmy W Carter | $0.00 | $0.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 0 | | KOUANT | | 1399360 | Self-Pay | | |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/14/2021 | FMLA25 | | FMLA/DISABILITY PPWK | XXX | Unspecified | OTHER | 1.00 | $25.00 | $25.00 | $0.00 |

| Payment Date | Reference | Coverage Type | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/30/2021 | 64814286 | | Self-Pay | Self Pay Credit Card Payment | $25.00 | | | 12/30/21AFG15 | Updated | 12/30/2021 | | | |

| Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Coverage Type | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/17/2021 | 1383000 | KOUANT | $31,241.00 | $0.00 | $31,241.00 | ALLST | Motor Vehicle | 12/21/2021 | 26 | Jimmy W Carter |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STANT-OP | MEDICAL | STANT-OP | KOUANT | 12/21/21kat18 | Updated | 12/21/2021 | Jimmy W Carter | $0.00 | $0.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 1383000 | Paper | KOUANT | | 1383000 | ALLST | 12/21/2021 | Paper |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/17/2021 | 22551 | | Arthrd Ant Interbody Decompress Cervical | M50.021 | Cervial disc disorder at C4-C5 level with myelopathy | SURGICAL | 1.00 | $14,888.00 | $0.00 | $14,888.00 |

| Diag2 | Description | Diag3 | Description | Diag4 | Description |
|---|---|---|---|---|---|
| | | | | | |



Certified#: 921489027509100199 8680    DFID4125619    Matter-12241237

4117663
138 of 225

M50.022 Cervial disc disorder at C5-C6 level with myelopathy    M50.121 Cervical disc disorder at C4-C5 level with radiculopathy    M50.122 Cervical disc disorder at C5-C6 level with radiculopathy

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/17/2021 | 22552 | | Arthrd Ant Interdy Cervcl Belw C2 Ea Add | M50.021 | Cervial disc disorder at C4-C5 level with myelopathy | SURGICAL | 1.00 | $3,514.00 | $0.00 | $3,514.00 |

| Diag2 | Description | Diag3 | Description | Diag4 | Description |
|---|---|---|---|---|---|
| | | | | | |

M50.022 Cervial disc disorder at C5-C6 level with myelopathy    M50.121 Cervical disc disorder at C4-C5 level with radiculopathy    M50.122 Cervical disc disorder at C5-C6 level with radiculopathy

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/17/2021 | 22845 | 59 | Anterior Instrumentation 2-3 Vertebral S | M50.021 | Cervial disc disorder at C4-C5 level with myelopathy | SURGICAL | 1.00 | $6,441.00 | $0.00 | $6,441.00 |

| Diag2 | Description | Diag3 | Description | Diag4 | Description |
|---|---|---|---|---|---|
| | | | | | |

M50.022 Cervial disc disorder at C5-C6 level with myelopathy    M50.121 Cervical disc disorder at C4-C5 level with radiculopathy    M50.122 Cervical disc disorder at C5-C6 level with radiculopathy

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/17/2021 | 22853 | | Insertion synthetic cage, mesh, disc | M50.021 | Cervial disc disorder at C4-C5 level with myelopathy | SURGICAL | 2.00 | $4,598.00 | $0.00 | $4,598.00 |

| Diag2 | Description | Diag3 | Description | Diag4 | Description |
|---|---|---|---|---|---|
| | | | | | |

M50.022 Cervial disc disorder at C5-C6 level with myelopathy    M50.121 Cervical disc disorder at C4-C5 level with radiculopathy    M50.122 Cervical disc disorder at C5-C6 level with radiculopathy

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/17/2021 | 20930 | | Allograft For Spine Surgery Only Morsel | M50.021 | Cervial disc disorder at C4-C5 level with myelopathy | SURGICAL | 1.00 | $900.00 | $0.00 | $900.00 |

| Diag2 | Description | Diag3 | Description | Diag4 | Description |
|---|---|---|---|---|---|
| | | | | | |

M50.022 Cervial disc disorder at C5-C6 level with myelopathy    M50.121 Cervical disc disorder at C4-C5 level with radiculopathy    M50.122 Cervical disc disorder at C5-C6 level with radiculopathy

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/17/2021 | 20936 | | Autograft Spine Surgery Local From Same | M50.021 | Cervial disc disorder at C4-C5 level with myelopathy | SURGICAL | 1.00 | $900.00 | $0.00 | $900.00 |

| Diag2 | Description | Diag3 | Description | Diag4 | Description |
|---|---|---|---|---|---|
| | | | | | |

M50.022 Cervial disc disorder at C5-C6 level with myelopathy    M50.121 Cervical disc disorder at C4-C5 level with radiculopathy    M50.122 Cervical disc disorder at C5-C6 level with radiculopathy

| Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Coverage Type | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/17/2021 | 1391410 | CORMEL | $14,720.00 | $0.00 | $14,720.00 | ALLST | Motor Vehicle | 12/21/2021 | 26 | Jimmy W Carter |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STANT-OP | MEDICAL | STANT-OP | KOUANT | 12/21/21kat18 | Updated | 12/21/2021 | Jimmy W Carter | $0.00 | $0.00 | | | |



4117663
139 of 22

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 1391410 | Paper | CORMEL | | 1391410 | ALLST | 12/21/2021 | Paper |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/17/2021 | 22551 | AS | Arthrd Ant Interbody Decompress Cervical | M50.021 | Cervial disc disorder at C4-C5 level with myelopathy | SURGICAL | 1.00 | $7,444.00 | $0.00 | $7,444.00 |

| Diag2 | Description | Diag3 | Description | Diag4 | Description |
|---|---|---|---|---|---|
| M50.022 | Cervial disc disorder at C5-C6 level with myelopathy | M50.121 | Cervical disc disorder at C4-C5 level with radiculopathy | M50.122 | Cervical disc disorder at C5-C6 level with radiculopathy |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/17/2021 | 22552 | AS | Arthrd Ant Interdy Cervcl Belw C2 Ea Add | M50.021 | Cervial disc disorder at C4-C5 level with myelopathy | SURGICAL | 1.00 | $1,757.00 | $0.00 | $1,757.00 |

| Diag2 | Description | Diag3 | Description | Diag4 | Description |
|---|---|---|---|---|---|
| M50.022 | Cervial disc disorder at C5-C6 level with myelopathy | M50.121 | Cervical disc disorder at C4-C5 level with radiculopathy | M50.122 | Cervical disc disorder at C5-C6 level with radiculopathy |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/17/2021 | 22845 | 59,AS | Anterior Instrumentation 2-3 Vertebral S | M50.021 | Cervial disc disorder at C4-C5 level with myelopathy | SURGICAL | 1.00 | $3,220.00 | $0.00 | $3,220.00 |

| Diag2 | Description | Diag3 | Description | Diag4 | Description |
|---|---|---|---|---|---|
| M50.022 | Cervial disc disorder at C5-C6 level with myelopathy | M50.121 | Cervical disc disorder at C4-C5 level with radiculopathy | M50.122 | Cervical disc disorder at C5-C6 level with radiculopathy |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/17/2021 | 22853 | AS | Insertion synthetic cage, mesh, disc | M50.021 | Cervial disc disorder at C4-C5 level with myelopathy | SURGICAL | 2.00 | $2,299.00 | $0.00 | $2,299.00 |

| Diag2 | Description | Diag3 | Description | Diag4 | Description |
|---|---|---|---|---|---|
| M50.022 | Cervial disc disorder at C5-C6 level with myelopathy | M50.121 | Cervical disc disorder at C4-C5 level with radiculopathy | M50.122 | Cervical disc disorder at C5-C6 level with radiculopathy |

| Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Coverage Type | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/21/2021 | 1391050 | KOUANT | $0.00 | $0.00 | $0.00 | Self-Pay | | | 0 | Jimmy W Carter |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPETE | MEDICAL | SPETE | | 01/05/22kat18 | Updated | 01/05/2022 | Jimmy W Carter | $0.00 | $0.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 0 | | KOUANT | | 1391050 | Self-Pay | | |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/21/2021 | 99024 | | Postop Follow Up Visit Related To Origin | M50.10 | Cervical disc disorder with radiculopathy, unspecified cervi | MEDICAL | 1.00 | $0.00 | $0.00 | $0.00 |

| Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Coverage | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|---|



| | | | | | | | Type | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/11/2022 | 1377890 | KOUANT | $0.00 | $0.00 | $0.00 | Self-Pay | | | | 0 | Jimmy W Carter |

4117663
140 of 22!

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPETE | MEDICAL | SPETE | | 01/12/22kat18 | Entered | | Jimmy W Carter | $0.00 | $0.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 0 | | KOUANT | | 1377890 | Self-Pay | | |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/11/2022 | 99024 | | Postop Follow Up Visit Related To Origin | M50.10 | Cervical disc disorder with radiculopathy, unspecified cervi | MEDICAL | 1.00 | $0.00 | $0.00 | $0.00 |



Certified#: 9214890275091001998680     DFID4125619     Matter-12241237



**EMERGENCY MEDICAL SERVICES**

P. O. BOX 31074
TAMPA, FL 33631
(727) 582-2008

Tax ID: 596000800
NPI: 1679520571

**Patient name:** CARTER, JIMMY
**From:** Residence
**To:** BAYFRONT HEALTH OF ST PETERSBURG

**\*\*Interested in minimizing future expenses?\*\***
Join the Sunstar FirstCare Membership Plan.
For more information contact our office or visit
www.pinellascounty.org/firstcare

4117663
196 of 225

JIMMY CARTER

**Run Number:** 21-1750390
**Invoice date:** 25-Feb-2022
**Date of transport:** 30-Nov-2021

**Primary payer:**   Bill Patient

**Secondary payer:**   Bill Patient

| Charge Code | Description | Payer | Quantity | Unit Price | Payment Date | Amount |
|---|---|---|---|---|---|---|
| A0427SH | ALS1 Emergency Base Rate | | 1.0 | $720.86 | | $720.86 |
| A0425SH | Mileage per Loaded Mile | | 2.4 | $15.01 | | $36.02 |

ALLSTATE denied this claim on 12-Jan-2022 for this reason:
Deductible Amount

**PLEASE PAY THIS AMOUNT**   **$756.88**

**Sunstar will file a claim with applicable insurance carriers on behalf of our customers.
Any remaining balance not covered by insurance is the responsibility of the customer.**

---

\*\*\*DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT. THANK YOU. \*\*\*
**FOR YOUR SECURITY CREDIT CARD PAYMENTS ARE NOT ACCEPTED VIA MAIL.**
Credit card convenience fee - ALL credit card payments will be charged a minimum convenience fee of $2.50 for each increment up to $100.00.
Online payments for ambulance service are available at http://www.pinellascounty.org/publicsafety/ambulance_billing.htm
or by calling our office at (727) 582-2008

| PATIENT NAME | INVOICE DATE | | |
|---|---|---|---|
| CARTER, JIMMY | 25-Feb-2022 | **AMOUNT DUE** | **$ 756.88** |

| RUN NUMBER | DATE OF TRANSPORT | PLEASE PAY BY | |
|---|---|---|---|
| 21-1750390 | 30-Nov-2021 | 25-Feb-2022 | **AMOUNT ENCLOSED  $** |

JIMMY CARTER

**MAKE CHECKS PAYABLE TO:**
PINELLAS COUNTY EMS dba SUNSTAR EMS
P. O. BOX 31074
TAMPA, FL 33631



cations concerning disputed debts and instruments tendered as full satisfaction of a disputed debt should be sent to
the following designated address: Sunstar Attn: Disputed Payments, 12490 Ulmerton Rd, Largo, FL 33774  Matter-12241237