Filing # 151022738 E-Filed 06/07/2022 03:07:38 PM

IN THE CIRCUIT COURT OF THE SIXTH
JUDICIAL CIRCUIT, IN AND FOR PINELLAS
COUNTY, FLORIDA

JIMMY WAYNE CARTER,

Plaintiff,

-vs-

JACK ANTHONY SMITH,

CASE NO.:

Defendant.

_____/

**COMPLAINT**

COMES NOW the Plaintiff, JIMMY WAYNE CARTER, by and through her undersigned attorneys, and sues Defendant, JACK ANTHONY SMITH, and alleges:

1. This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for jurisdictional purposes only (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. At all times material to this action, Plaintiff, JIMMY WAYNE CARTER, was a natural person residing in Pinellas County, Florida.

3. At all times material to this action, Defendant, JACK ANTHONY SMITH, was a natural person residing in Pinellas County, Florida.

4. On or about November 30, 2021, Plaintiff, JIMMY WAYNE CARTER, was the operator of a motor vehicle at or near the intersection 1st Avenue North and 25th Street North, in Pinellas County, Florida.

5. On or about November 30, 2021, Defendant, JACK ANTHONY SMITH, owned a motor vehicle that was operated at or near 1st Avenue North & 25th Street North, Saint Petersburg, Pinellas County, Florida.

6. At that time and place Defendant, JACK ANTHONY SMITH, negligently operated or maintained the motor vehicle so that it collided with Plaintiff's, JIMMY WAYNE CARTER'S, motor vehicle.

7. At that time and place Defendant, JACK ANTHONY SMITH, breached that duty when he negligently operated or maintained the motor vehicle so that it collided with the vehicle operated by Plaintiff, JIMMY WAYNE CARTER.

8. As a result, Plaintiff, JIMMY WAYNE CARTER, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff's automobile was damaged and she lost the use of it during the period required for its repair or replacement.

WHEREFORE the Plaintiff, JIMMY WAYNE CARTER, demands judgment against the Defendant, JACK ANTHONY SMITH, in an amount in excess of Thirty Thousand ($30,000) Dollars, and requests a trial by jury of all issues triable as of right by a jury.

DATED this ___7th___ day of June 2022.

/s/ *Adam Brum*
Adam Brum, Esquire
Morgan & Morgan, P.A.
111 – 2nd Avenue N.E., Suite 1600
St. Petersburg, FL 33701
Tele: (727) 318-6357
Fax: (727) 318-6382
abrum@forthepeople.com
sgibsonpeters@forthepeople.com
meichinger@forthepeople.com
Florida Bar #: 999512
Attorney for Plaintiff